Bernice L. BENOIR v. Ronald A. BENOIR, No. 276-77

March 15, 1978. Appeal dismissed for failure to comply with Progress Order of February 7, 1978.

BELLOWS FALLS VILLAGE CORPORATION v. DUFRESNE–HENRY ENGINEERING CORPORATION, No. 67-78

March 15, 1978. Motion for Permission to Appeal under V.R.A.P. 5 denied.

GRIMES, INC. v. Marvin ROSEN-BLOOM, No. 33-77

April 5, 1978. Appeal dismissed for failure to comply with progress order of December 6, 1977.

Alan and Dorothy TALLARICO v. Richard BRETT, Elizabeth Brett and Mathilde Berger, No. 115-77

April 5, 1978. The order below adjudicating fewer than all of the claims of the parties, and neither being joined with the express determination called for by V.R.C.P. 54(b) nor appealed under the provisions of V.R.A.P. 5, the appeal is dismissed for lack of jurisdiction and the cause is remanded.

UNIVERSITY OF VERMONT and State Agricultural College v.

TOWN OF WEYBRIDGE, No. 138-77

April 5, 1978. Appellant's "Motion for Reargument" dated February 15, 1978, is denied.

STATE of Vermont v. Sunshine H. APPLEBY, No. 331-77

April 5, 1978. Appeal dismissed for failure to comply with order of February 10, 1978, and letter of March 3, 1978.

IN RE KOA CAMPGROUNDS, INC. and John Cyburt, No. 118-77

April 7, 1978. Appeal dismissed.

Byron KELLY v. Wilmer D. RHODES and Dorothea E. Rhodes, No. 174-77

April 7, 1978. Motion for Reargument denied.

Bonnie Sue KINNEY v. RANDOLPH D. BROCK, III, CHAMPLAIN SECURITY SYSTEMS, No. 312-77

April 7, 1978. Appeal dismissed.